# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**HOWARD BODDIE, JR.,**

    **Plaintiff,**

vs.                                         **Case No.: 2:15-cv-06**
                                                 **JUDGE SMITH**
                                                 **Magistrate Judge Kemp**

**SCOTT J. VAN STEYN,**

    **Defendants.**

## ORDER

On June 29, 2015, this Court adopted the Magistrate Judge's February 13, 2015 Report and Recommendation and required Plaintiff to pay the entire $400.00 filing fee within thirty days or the case would be dismissed. (See Doc. 9). Plaintiff has failed to pay the filing fee. Therefore, this case is hereby dismissed.

The Clerk shall terminate this case.

    **IT IS SO ORDERED**.

                                                 */s/ George C. Smith*
                                                 **GEORGE C. SMITH, JUDGE**
                                                 **UNITED STATES DISTRICT COURT**